

**FIRST COURT OF APPEALS**
**301 Fannin Street, HOUSTON**
**Houston, Texas 77002-2066**

01 APR '15

U.S. POSTAGE >> PITNEY BOWES

April 1, 2015

ZIP 77002 $ 000.34⁰
02 1W
0001372104 APR 01. 2015

RE:    Case No. 01-14-00394-CR

Style: Alfred Rodriguez, Jr.
       v.  The State of Texas

**RECEIVED**
**FIRST COURT OF APPEALS**
**HOUSTON, TEXAS**

APR 1 3 2015

CHRISTOPHER A. PRINE
CLERK

    The State has waived the right to file a brief in the above referenced cause on this date.

T. C. Case # 1931465                    Christopher A. Prine, Clerk of the Court

                    Alfred  Rodriguez Junior
                    SPN #01504484
                    14022 Walter Rd.                     ANK
                    Houston, TX  77014

        NIXIE      773   CE 1009    7204/11/15